U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN 23 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 08-cr-18 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ARGELIO CESAR CARDENAS | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Argelio Cardenas, is ACCEPTED, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Argelio Cardenas is FINALLY ADJUDGED GUILTY of the offense charged in the Indictment.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of Jan, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE